# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WEI BEN CHEN

NO. 2025 KW 0712

**JULY 22, 2025**

---

In Re:   Wei Ben Chen, applying for supervisory writs, 23rd
         Judicial District Court, Parish of Ascension, Nos.
         49976, 50013, 50014.

---

**BEFORE:   THERIOT, LANIER, AND MILLER, JJ.**

**WRIT NOT CONSIDERED.** Counsel failed to comply with Uniform
Rules of Louisiana Courts of Appeal, Rules 4-5(C)(3), (6), (7),
(8), (9) and (10), by failing to include a copy of the ruling
complained of, the judge's reasons for judgment (if any), the
pleadings upon which the ruling was founded (including a copy of
the bill of information and the motion to set bond), the opposition
to the motion or a statement that no opposing written document was
filed, the pertinent court minutes, and by failing to apprise this
court of the status of the case. Counsel also failed to comply
with the page numbering requirements of Rule 4-5(B). Moreover,
although it is not a violation of the Uniform Rules, we note that
counsel failed to include the transcript of the contradictory
motion hearing and a copy of any exhibits introduced at the
proceedings. Therefore, this court cannot adequately review the
ruling at issue herein. See **City of Baton Rouge v. Plain**, 433
So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78
L.Ed.2d 235 (1983). Supplementation of this writ application
and/or an application for rehearing will not be considered. See
Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.
In the event counsel elects to file a new application with this
court, the application shall be filed on or before August 4, 2025.
Any future filing on this issue should include the entire contents
of this writ application, the missing items noted above, and a
copy of this ruling.

**MRT**
**WIL**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT